## PAUL VAZZANO *v.* ROCCO FABRIZIO

The plaintiff's petition for certification for appeal from the Appellate Court, 40 Conn. App. 941 (AC 14563), is denied.

*Laurence V. Parnoff,* in support of the petition.

*Ronald D. Japha, Richard S. Scalo* and *Abraham I. Gordon,* in opposition.

Decided April 22, 1996

## LUMBER MUTUAL INSURANCE COMPANY *v.* WARD HOLMES

The defendant's petition for certification for appeal from the Appellate Court (AC 15543) is granted, limited to the following issue:

"Did the Appellate Court properly dismiss the defendant's appeal for lack of a final judgment?"

The Supreme Court docket number is SC 15410.

*Donna L. Buttler,* in support of the petition.

*Cynthia D. Whipple,* in opposition.

Decided May 2, 1996